JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>          Petitioner,<br><br>          v.<br><br>BROTHER'S KEEPER LLC,<br><br>          Respondent. | Case No. 2:24-cv-07552-SPG-SK<br><br>**JUDGMENT ORDER** |

The Court considered the noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith (ECF No. 1 ("Motion")) filed by Petitioner Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc. ("Petitioner" or "SAG-AFTRA"). Having considered all the pleadings in this action, the Motion, the documentary evidence presented therewith, and the relevant law:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in this case as follows:

1. The Final Arbitration Award, which fully incorporates the August 14, 2023, Opinion and Partial Final Award, in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc. and against Respondent Brother's Keeper LLC ("Respondent"), Union Case No. 14568, dated October 20, 2023, is confirmed in all respects.

2. Respondent is ordered to sign adherence to the Modified Low-Budget Agreement.

3. Respondent is ordered to pay SAG-AFTRA the total amount of $298,760.28.

4. Until the amount referenced above in No. 3 is received, SAG-AFTRA is granted an irrevocable assignment of any and all monies received or to be received by Producer, including, but not limited to, proceeds from the worldwide exploitation, distribution, exhibition, or other use of the theatrical motion picture entitled "Brother's Keeper" aka "Under the Stadium Lights" (hereinafter, "Picture") until the above sums are paid in full, and further confirming that SAG-AFTRA is permitted to request and thereafter receive any reporting or documentation that Producer would ordinarily be entitled to receive under any agreement executed between Producer and any other person or entity for the worldwide exploitation, distribution, exhibition, or other use of the Picture.

5. SAG-AFTRA is authorized to liquidate any security deposit, residuals reserve, or settlement account it may be holding with respect to the Picture and use the money to pay the Affected Performers on the Picture to whom any money may be owed.

//
//
//
//

6. Respondent is ordered to reimburse to SAG-AFTRA a total of $3,300.00, which is Respondent's pro-rata portion of the $6,600.00 Arbitrator fee, which SAG-AFTRA paid in full.

**IT IS SO ORDERED.**

DATED: February 4, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE